ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 SEP 20 P 2:55

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| WILLIAM WHITSETT, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV 312-027 |
| DR. AJIBADE, et al., | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's amended complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil case is **CLOSED**.

SO ORDERED this 20th day of September, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE